26,260-02

Mr. Dwight Brown #596051
1697 F.M. 980 (Ellis Unit)
Huntsville, Texas 77343

April 13, 2015

Mr. Abel Acosta
Clerk
Court Of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Writ No. 26,260-02

Dear Clerk:

Please disclose ruling for above-style Writ number. Thank you for your assistance with this matter.

Respectfully,

Dwight E. Brown
Dwight E. Brown

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk